Exhibit A to the Complaint

**Location:** Beverly, MA  
**Total Works Infringed:** 63

**IP Address:** 66.31.82.176  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 0167BB6D3CF175D23BA136458BD75ECFE3E34967<br>File Hash:<br>020002DD7D0C1819267318728B466B0A30DB9677BFC6978076EFA2FC64D0C62E | 10-23-2022<br>15:42:23 | Blacked | 10-12-2019 | 11-05-2019 | PA0002227087 |
| 2 | Info Hash: 6E307A8B0A47D54F90BDF98237CC4DE81AECE9FB<br>File Hash:<br>717BB0E946328493157AA59F3DA23755D6DAFA94C36574A6A460D16FB1856D8C | 10-22-2022<br>05:17:08 | Tushy | 07-26-2020 | 08-31-2020 | PA0002265634 |
| 3 | Info Hash: BE73C4CC6884CB88CF794C0213E207EBE0DAB7C3<br>File Hash:<br>1B6B7F7807BADA5A705ABB9CBD3E35370FFD6F92E1FFFEDFD4CC3989A3681D74 | 10-18-2022<br>21:28:34 | Blacked | 08-08-2020 | 08-31-2020 | PA0002265640 |
| 4 | Info Hash: 3321D4A107CC41A39D14B9A2A14AFCD6203788D2<br>File Hash:<br>DCF1E61DABBDACAA1F49306554569F401A676C097E6BFD2734C8AD5082C1F676 | 10-17-2022<br>06:17:36 | Blacked Raw | 08-23-2021 | 09-21-2021 | PA0002312669 |
| 5 | Info Hash: 1D8C99B00AD138010A90E2C90CAF50FD026C7A08<br>File Hash:<br>401885011E3BCE8CA80559E5B6FB73D5125A715B86CB32A6EBF7E8ECAC5E1CCE | 10-13-2022<br>20:37:22 | Blacked | 10-17-2018 | 10-28-2018 | PA0002130456 |
| 6 | Info Hash: 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78<br>File Hash:<br>6795789E04678B20D40454D7E8A982DB17E652E8CAF50F29E036AA400E5CC327 | 10-13-2022<br>20:37:20 | Blacked | 10-27-2018 | 12-10-2018 | PA0002145828 |
| 7 | Info Hash: 07EC80C56B473DD0771AB7D4A3E905994A87A408<br>File Hash:<br>E81BFDFF307EBBEFA816D0064F468B2CDB648B0BC1521785B70B40C95251850C | 10-13-2022<br>20:35:33 | Blacked | 07-19-2018 | 09-05-2018 | PA0002135006 |
| 8 | Info Hash: 3818467D5DC9DDB317735107C4146CBB3C456751<br>File Hash:<br>76CC20D3E9FC939ED897DF2598478477E80E3E647195FEC6250C8664D38F8A3E | 10-13-2022<br>19:34:00 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |
| 9 | Info Hash: AA4E7F1D2EB7E81F78A5DA7811E1A2AE67EF4C6D<br>File Hash:<br>A53AE027BFF6811943135C73BA9D92C172E7625C5C40075D1FB5C2E3E81F8F38 | 10-13-2022<br>19:33:19 | Blacked | 03-26-2019 | 04-16-2019 | PA0002187002 |
| 10 | Info Hash: B842125724634B62F2F35B16A4F876EB63493A7C<br>File Hash:<br>A0FD9B99E132B1CA64E0BA989C6610FC3855446B91DCD42FEAFC353CCA7F89A8 | 10-13-2022<br>19:32:54 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 11 | Info Hash: 4FFEF2F34E795900B524ADB3A5D89A4870CCAE8C<br>File Hash:<br>1254A343029B99DBBD44743FFDE118A8C3B0EEA55980D1E9B75886A0AC5B2653 | 10-12-2022<br>19:43:34 | Blacked Raw | 04-11-2022 | 04-23-2022 | PA0002346408 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: C7DBB7401AB0BBD41AE23CE6443DE6A5AD4E47DA<br>File Hash: 2FDBFE4079E8F6F7897B1A65D8A7C6A97ACF1CEC928105DF9E83DAFAE121B75A | 10-09-2022 18:49:25 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |
| 13 | Info Hash: 10B8DE40D8309E3089A4BF3C9694A0E0E522A7E1<br>File Hash: F7F02E9DFA77E7795742E2B62EE9AF5C1C7DE368036484DD17F32B1008DD7713 | 10-08-2022 16:14:25 | Tushy | 12-17-2017 | 01-24-2018 | PA0002101765 |
| 14 | Info Hash: 7724965CFD0EFA204861E4994E4C375734FAC910<br>File Hash: 286323955D74354AFF7C69BDC5987ADA524396D42AE7DC47C1CC0BFC5ECC40F6 | 09-25-2022 16:44:55 | Vixen | 03-05-2019 | 03-31-2019 | PA0002163982 |
| 15 | Info Hash: 6B8E400282C3C9C50A8C00AEB5CD52F0B967DA0A<br>File Hash: 8B1D77EE7A014B7106E69A34DB5318ADFB95AB580E12B4E69E44CE4A4D0FC85D | 09-25-2022 16:44:55 | Blacked | 05-10-2019 | 07-05-2019 | PA0002206368 |
| 16 | Info Hash: 400E090F4802B871662C556A82ABFC945392215F<br>File Hash: 06CDD274AF3FF035D9BC76B6AC2622D0E84012889163E9A5F44B28F003362EC8 | 09-25-2022 13:37:37 | Blacked | 05-15-2018 | 06-19-2018 | PA0002126654 |
| 17 | Info Hash: BE5697662378975BF0EFE5B6831E82E47CC543AB<br>File Hash: 10D5CD95662529FF0E5FAAF062A0B7D241509D13A010C009220C91DDA85D7B62 | 09-24-2022 05:23:27 | Vixen | 11-05-2021 | 11-11-2021 | PA0002321282 |
| 18 | Info Hash: 905E4F7C416218B8230D0E3F77FEE0E5409D7995<br>File Hash: 54E302936EF99A29636EBC9A82783F3C3976B37E467AD2E3F39B60877283F542 | 09-20-2022 02:23:09 | Blacked Raw | 09-16-2022 | 10-05-2022 | PA0002373764 |
| 19 | Info Hash: 1F7D8550A7CF45486005C2A08E9A11A2127DF2CD<br>File Hash: A2658BEAC801EDCB0ADDEE3A8AC5CC029B13DB8CE7A28425074EA52CBB353260 | 09-18-2022 23:51:11 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 20 | Info Hash: 2FC66E51857A30929D373BE21B8CD1C0FC6B76A1<br>File Hash: 37960984BE2C789293DB422AC4FEFC69EB7CCAC1357CF00794A88F7B208E6BD2 | 09-15-2022 18:30:56 | Blacked | 03-16-2019 | 04-17-2019 | PA0002186980 |
| 21 | Info Hash: BFF19946742FE7DFBC7268F43770AABF1D74857F<br>File Hash: 90D489C9396E9A5E52A45666A48841FD3C675875AC7BC28E1E88C953CF7C7AF1 | 09-14-2022 20:37:14 | Blacked | 11-16-2018 | 11-25-2018 | PA0002136637 |
| 22 | Info Hash: 79203F9297255942CFA8EF6CA0D4B7158E45FF55<br>File Hash: 4C825B948A9BE1924AB5EAE979D45B200C2F9CB31F51942FDC76C9025AC4D24B | 09-13-2022 13:18:21 | Blacked | 09-10-2022 | 10-05-2022 | PA0002373949 |
| 23 | Info Hash: 6C097F8E2DD268506A3D928774099F16FCF1D7F0<br>File Hash: A599AD9EEF71FABC77029F80B0572DB18357A57D435FB6F5D32DC2362CACFFDC | 09-10-2022 16:17:35 | Blacked | 04-02-2022 | 04-23-2022 | PA0002346422 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 0616906E5B0D445A8FB469D45908C91D24F6CD2F<br>File Hash: 9AC3BBF9185D5F2498389B013DAD21FC070F127E17E3B94B23F09A5C26518E53 | 08-25-2022 05:12:41 | Blacked | 09-27-2018 | 11-01-2018 | PA0002143428 |
| 25 | Info Hash: 2C3887CBB67C1F2D88B12F826755327F35391D5F<br>File Hash: 3C521F79ECC91D1650AC04E913CA71DA7F0021D6F86E43D8B72438228247EF9A | 08-25-2022 05:09:52 | Blacked Raw | 08-22-2022 | 08-30-2022 | PA0002367731 |
| 26 | Info Hash: 7927D991B118B583CD71828F2F63A12B4635B5E7<br>File Hash: CAA25AAE87488D48B2B8333738DE97E8D7A15F9D5D305EBF031E8A89416C5E3C | 08-21-2022 05:24:39 | Tushy | 05-21-2018 | 07-14-2018 | PA0002131769 |
| 27 | Info Hash: 6A894BF3E216F8344B43B3F4799B2A8986EAF94A<br>File Hash: 9D02C0BA9033BBD10B7BB3713FB983F35DCE843C71E4DCE4AF498318F002A56C | 08-11-2022 06:18:09 | Blacked Raw | 02-06-2019 | 03-24-2019 | PA0002183207 |
| 28 | Info Hash: 1D44B95259442C3A9B0B9455C8C28A89AD369DE7<br>File Hash: DF7B69C7949959ED563F5993AE5D903F8E7A90693CFE734430395BEB848221E5 | 08-01-2022 05:06:30 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 29 | Info Hash: 11A4E054DDCAD79D6BA40150EDD36C6EB5CC02D6<br>File Hash: A363FF7BD8EBCA77228BF857CDB02785F79E3C6A4497F1AF980A34FDE09FBFF2 | 07-23-2022 18:28:44 | Tushy | 09-19-2021 | 10-19-2021 | PA0002317058 |
| 30 | Info Hash: B2FAEB094F125B1CCDB7A3EEF1EAEB972C574830<br>File Hash: D3EE5BECCC114F81E9E096C3C16E3FE83CB579CC27205D5C977D49594ABF6795 | 07-19-2022 19:48:16 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 31 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash: 22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 07-10-2022 04:02:46 | Tushy | 05-31-2018 | 07-14-2018 | PA0002131771 |
| 32 | Info Hash: 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96<br>File Hash: 52865408104AC768530DEA3C59663B162044009E55011D199911AD3138B2005F | 07-10-2022 01:16:25 | Vixen | 10-26-2018 | 12-10-2018 | PA0002145824 |
| 33 | Info Hash: 4D82ADD27F7568F6D59A64F777E43A27BD64652E<br>File Hash: AF6B8F86DC6DC3818589C6CFBDFFDE20C3BDDD6BCD5EFDDB88A333A7C813FD1C | 07-05-2022 07:19:40 | Tushy | 11-22-2017 | 01-04-2018 | PA0002069339 |
| 34 | Info Hash: 6101E18C1E71D149D8CE0D9B46AED22E8921EAA0<br>File Hash: E3087E8FAA26B691C2A1ED692D600134455415F2764F2D70F5BFB2A0FD6C421C | 07-05-2022 03:07:14 | Blacked | 07-02-2022 | 07-22-2022 | PA0002359461 |
| 35 | Info Hash: 937DC1653A02F8962CF24B303EA2796B92C0A9F3<br>File Hash: 637F078F7E687CA2AA5D2AB41688E4D1795C39FE369FACAE0B2F29F903F5994E | 07-02-2022 12:24:50 | Blacked | 03-26-2022 | 04-23-2022 | PA0002346435 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 0C6C0C31980EB1B7FC0BD5D3BE2436167D73819D<br>File Hash: F6D29449BE73E94125DD3E552A3091094642E5D41C9F7475AB8C868D0DC4C7C7 | 07-02-2022 12:24:37 | Blacked Raw | 12-20-2021 | 01-17-2022 | PA0002330107 |
| 37 | Info Hash: FB6D45F0A6BD5E28A418EF8AC262EC06C6D4A40B<br>File Hash: EE6802769054BFB182B32EB472AE2616FD92D062D9A3A75A2EB5D4BA1B2F0661 | 06-30-2022 15:49:08 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 38 | Info Hash: E9496BC1B3013589D4AAC0C8EFCDE5692E10F62E<br>File Hash: 5E469E53EAEF0563C2A211A763A0AA5FD3181F9C701827199E0B4BBB8B4A2C86 | 06-30-2022 15:48:21 | Blacked Raw | 09-21-2020 | 09-29-2020 | PA0002258687 |
| 39 | Info Hash: 9B28A88C9D906C8A1FD82FC58C904B89B49D649C<br>File Hash: 4DDA8B4A98861A4DD3A9B837DA32A4D83498464044009B50949A977415C52D7E | 06-30-2022 14:44:28 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 40 | Info Hash: 1D9FF6F075BEF79FAFEEEEC09BB7B0837C36B977<br>File Hash: E828175113A643F802D7B205E5C35D0997F17837871D1D1EF19C822587BEA4A4 | 06-21-2022 01:30:56 | Blacked Raw | 07-27-2020 | 08-11-2020 | PA0002252262 |
| 41 | Info Hash: 7C5664503A6507504F1DD34CF346C34C843E29E1<br>File Hash: B4C3341D97F538C2E474C49482AE121A378BAB847204DD5013AD20E9BC5CBA8A | 06-20-2022 18:48:03 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 42 | Info Hash: 0753B3BD46B261145CFB5D01B789E28DDAA4FCEE<br>File Hash: F668BFDCDBFC768954954D7BF52671E0AA627F170A8A39B6E6CEA1F9DED4E181 | 06-20-2022 18:35:52 | Tushy | 06-19-2022 | 08-10-2022 | PA0002370907 |
| 43 | Info Hash: ED1A41C10DF12572CF0495A9812266933098465C<br>File Hash: 5977F2647E7E0F9BF687750CD6E06A3979ABAC4D7341E9D33D37D86BC5EE11E3 | 06-20-2022 18:31:13 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 44 | Info Hash: A4F82BF3ACF8D31161829022CDFA042724D88246<br>File Hash: 8E9891EFB7628408C6308B20B7935CD16B11A13EE83060B3FB0390A7A3785682 | 05-09-2022 04:30:45 | Blacked | 02-13-2021 | 02-26-2021 | PA0002283713 |
| 45 | Info Hash: 4275774E7AC6841246779BB0CF9054E881B6F417<br>File Hash: CD22763EE0843E6B9497D0966E1C52B8D5F1B7FCB0E9C542DFEDFC95AC3A61D2 | 04-24-2022 19:56:03 | Blacked | 03-05-2022 | 03-29-2022 | PA0002342848 |
| 46 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash: 2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 04-24-2022 19:52:16 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 47 | Info Hash: 6ABA9CF9E4EBF6B07494AD041CFADF9F248F2933<br>File Hash: C8C6F22464849C0C0886B6FA6C624CECB7FEC5801EF97EBC00EB918B7D1D2B43 | 04-24-2022 17:55:11 | Blacked | 04-11-2020 | 04-22-2020 | PA0002237696 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 7557747905C0C24C24DE739A99AA7750FBD7B24F<br>File Hash: A1E83FB8FCFDDC0843A8E99258C7BD9AA92E58AEE49DE28EFDC87F121CC779C5 | 03-20-2022 14:33:29 | Blacked | 03-15-2020 | 04-15-2020 | PA0002246109 |
| 49 | Info Hash: 89AA2665D3899885EAEA7F5A2C918A5C0A1E5C5A<br>File Hash: 6B7EF1B84F8E2C5A6B7FA99CF3ACD25162F15ECBD3521CF53813B3082486952D | 03-20-2022 14:30:43 | Tushy | 12-13-2020 | 12-28-2020 | PA0002269085 |
| 50 | Info Hash: CCE9FA128205198C6A014556AFF4DC9D7866B695<br>File Hash: DC039FBA2E3A8C417DEB586E91B486E5E45000ADFAA1FD03BBEDA0A87D45A37C | 03-19-2022 16:52:49 | Tushy | 04-16-2018 | 06-18-2018 | PA0002126681 |
| 51 | Info Hash: 2E7DB9DA1E12BC2963F7DC66AC300417AD983BC7<br>File Hash: 358DA725020AF45E0B0CAE9E1D26EBE160E66995B1C4815EE09665B1B4F93BEF | 03-15-2022 01:31:01 | Blacked Raw | 12-13-2019 | 01-22-2020 | PA0002234865 |
| 52 | Info Hash: 47365B31B7686F2653AA3BD794798E981E8EF0E1<br>File Hash: 400282296C0B501AB8384682184510E5D0C4055777FCA56052F41ED538F3FA6D | 03-15-2022 01:28:47 | Vixen | 05-22-2020 | 06-22-2020 | PA0002245640 |
| 53 | Info Hash: DDB5B87DD389A7D38E36B58177629B40BE7B74EE<br>File Hash: 7A635BC050ED42E52C8B861EABDB6DD010C5CC310A60219E2B59B38D1218DE46 | 03-06-2022 17:26:21 | Blacked | 08-15-2020 | 09-05-2020 | PA0002255476 |
| 54 | Info Hash: 5C9D075CE2E82ABF86AD93F8C2BAD8F3F31416B9<br>File Hash: 12B63C03986585E66F366B94BF78B3EFB37104EF78E6543F97EC1F35C586A1AD | 02-27-2022 16:06:33 | Blacked Raw | 06-21-2018 | 07-26-2018 | PA0002112156 |
| 55 | Info Hash: 6705A9221F3ABFC0BDB3C52985C462563CA3452A<br>File Hash: 68DBA67F87A3288D3A5A6A51EC1D0960433A5BCC83951225689821A459169942 | 02-27-2022 13:06:12 | Blacked | 11-21-2018 | 01-22-2019 | PA0002149833 |
| 56 | Info Hash: E185A2C10378439CE69B0F3AB675F509330A4E3B<br>File Hash: 84DDAB7CE514D58FF636060BBBB0EACA9075F2B9864C4715CE27A4C7B32C426E | 02-27-2022 13:03:57 | Blacked | 05-05-2019 | 07-05-2019 | PA0002206372 |
| 57 | Info Hash: 2F73A144B780B7D386C021B9DFCA2C674931DEE8<br>File Hash: F85AE75227D8B66E7A0DEAC0477536890D8F9ECE99E4FA681CC88AAEC3688FDF | 02-27-2022 13:03:06 | Blacked | 03-21-2018 | 04-12-2018 | PA0002091520 |
| 58 | Info Hash: 12D17C1C67157460DF87D28D2BD24A07B8CE20CD<br>File Hash: E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 02-27-2022 13:02:16 | Blacked Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |
| 59 | Info Hash: 8031B4A7A5CFCECBC796D4772440BFC5016C11AA<br>File Hash: 6BC6E1D6C35FB48E06C6A8D7BBF0DF2769A8B15B04C14B904550055F04219187 | 02-27-2022 12:55:51 | Blacked | 06-24-2018 | 07-26-2018 | PA0002112154 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 07610460EB38626640E9EF0C50A67747C8EBA5B3<br>File Hash: 91ACB224E8B4E55F5418F710D0BF9F358F63FA477BFE2D0254B85A7FFB865DA3 | 02-04-2022 16:58:51 | Tushy | 08-30-2020 | 09-05-2020 | PA0002255477 |
| 61 | Info Hash: 9FE743BAF7076C7B1416416DCB8787E922B10AE8<br>File Hash: 864FB11C75DB49869286CB31C2C3DAB5089D12FB89320C22D56A56FF3EDFB509 | 01-29-2022 14:14:13 | Blacked | 10-22-2018 | 11-25-2018 | PA0002136653 |
| 62 | Info Hash: 5014F8161D9A5FA1CCC72274CBC327EC5493E72E<br>File Hash: 8F50BCF41DEEA9CB475E77E05BFE90341DA3F03214D1506CC7B08009A850E053 | 01-21-2022 16:34:39 | Blacked Raw | 01-02-2018 | 01-26-2018 | PA0002101761 |
| 63 | Info Hash: D5A9F0F6DDF4EAA496FFC33BB5B5E481E78B2448<br>File Hash: BEB5717D97A0E6CBC5AF4715ED670296394174ED91E744D477DE7126543C8F9C | 01-09-2022 15:52:04 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |