UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 66.31.82.176,<br><br>    Defendant. | Civil Action No. 1:22-cv-11912-PBS |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,**. Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 66.31.82.176. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: May 15, 2023        Respectfully submitted,

                                  By:    */s/ Jacqueline M. James*
                                          Jacqueline M. James, Esq. (BBO #706668)
                                          The James Law Firm, PLLC
                                          445 Hamilton Avenue, Suite 1102
                                          White Plains, New York 10601
                                          T: 914-358-6423
                                          F: 914-358-6424
                                          E-mail: jjames@jacquelinejameslaw.com
                                          *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system

By: /s/ Jacqueline M. James